# UNITED STATES DISTRICT COURT

The Charles L. Brieant, Jr
Federal Building and United States Courthouse
300 Quarropas Street.
White Plains, New York 10601
914 390 4250

Chambers of
**Hon. Paul E. Davison**
United States Magistrate Judge

November 23, 2015

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**Aaron Cohen**

Plaintiff,

- *against* -

**Ditech Financial LLC**

Defendants.

**SCHEDULING ORDER**
7-15-cv-07124-NSR-PED

TO ALL PARTIES:

The Court has scheduled a **telephone conference** before the Honorable Paul E. Davison, United States Magistrate Judge, on **January 21, 2016 at 9:30 am.** **Plaintiff's counsel** will be responsible for placing the conference call. Please have all parties on the line when calling chambers.

**PLEASE NOTIFY YOUR ADVERSARY OF THIS SCHEDULE IMMEDIATELY**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: **Nov 23, 2015**

SO ORDERED:

Hon. Paul E. Davison
United States Magistrate Judge