**LAW OFFICES OF**
**GUS MICHAEL FARINELLA PC**

110 Jericho Turnpike – Suite 100
Floral Park, New York 11001
Telephone 516-326-2211
Facsimile 516-305-5566

Gus Michael Farinella
Admitted NY & DC

Ryan L. Gentile
Admitted NY & NJ

**MEMO ENDORSED**

Supreet Parmar
Paralegal

June 9, 2016

VIA FACSIMILE: (914) 390-4256
Honorable, Paul E. Davison
United States Magistrate Judge
United States Courthouse
300 Quarropas Street, Courtroom 420
White Plains, NY 10601

Re:   Cohen v. Ditech Financial LLC, et al.
      Case No. 7:15-cv-07124-NSR-PED

Dear Judge Davidson:

This firm represents the Plaintiff in this matter and writes with the consent of all of the parties. We are confirming that the telephonic status conference scheduled for June 10, 2016 at 9:30am has been adjourned to July 11, 2016 at 9:30am. Furthermore, we hereby state that all parties consent to and are aware of the adjourned date.

Sincerely,

Ryan Gentile, Esq.

SO ORDERED:

Hon. Paul E. Davison
United States Magistrate Judge