
MEMO ENDORSED

LAW OFFICES OF
GUS MICHAEL FARINELLA PC

110 Jericho Turnpike – Suite 100
Floral Park, New York 11001
Telephone 516-326-2211
Facsimile 516-305-5566

Gus Michael Farinella
Admitted NY & DC

Ryan L. Gentile
Admitted NY & NJ

Supreet Parmar
Paralegal

**The application is** ☒ **granted.**
☐ **denied.**

Nelson S. Román, U.S.D.J.
Dated: June 9, 2016
White Plains, New York 10601

The briefing schedule for Defendant Safeguard's motion to dismiss is extended as set forth below. All motion documents shall be filed on Aug. 15, 2016. NO further Extensions

June 9, 2016

VIA FACSIMILE: (914) 390-4179
Honorable, Nelson S. Román
United States District Judge
United States Courthouse
300 Quarropas Street, Courtroom 218
White Plains, NY 10601

Re: Cohen v. Ditech Financial LLC, et al.
Case No. 7:15-cv-07124-NSR-PED

Dear Judge Roman:

This firm represents the Plaintiff in this matter and writes with the consent of all of the parties to request an extension of the deadlines set at the Pre-Motion Conference held on 5/20/2016. At the Pre Motion Conference the following scheduling was set for Defendant Safeguard's motion to dismiss: Defendant Safeguard Properties is to serve its motion to dismiss on Plaintiff on or before June 17, 2016. Plaintiff's opposition is to be served on Defendant by July 15, 2016. Defendant's reply is to be served by August 1, 2016.

The parties request a two week extension for all of the above deadlines and propose the following new dates: Defendant Safeguard Properties is to serve its motion to dismiss on Plaintiff on or before July 1, 2016. Plaintiff's opposition is to be served on Defendant by July 29, 2016. Defendant's reply is to be served by August 15, 2016.

No previous requests for adjournment or extension of the above deadlines have been made by any parties to this action.

Sincerely,

Ryan Gentile, Esq.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/9/2016