**MEMO ENDORSED**

LAW OFFICES OF
GUS MICHAEL FARINELLA PC

110 Jericho Turnpike – Suite 100
Floral Park, New York 11001
Telephone 516-326-2211
Facsimile 516-305-5566

Gus Michael Farinella
Admitted NY & DC

Ryan L. Gentile
Admitted NY & NJ

Supreet Parmar
Paralegal

The application is  X granted.
                     denied.

*[signature]*

Nelson S. Román, U.S.D.J.
Dated: Sept. 20, 2016
White Plains, New York 10601

The Sept. 30, 2016 Status Conf. is adjourned sine die pending this Court's resolution of defendant Safeguard's motion to dismiss.

September 19, 2016

VIA FACSIMILE: (914) 390-4179
Honorable, Nelson S. Román
United States District Judge
United States Courthouse
300 Quarropas Street, Courtroom 218
White Plains, NY 10601

Re:  Cohen v. Ditech Financial LLC, et al.
     Case No. 7:15-cv-07124-NSR-PED

Dear Judge Roman:

This firm represents the Plaintiff in this matter and writes with the consent of all of the parties to request an adjournment of the Status Conference set for September 30, 2016 at 10:00 AM. The status conference was originally set by this Court prior to Safeguard Properties, LLC ("Safeguard") filing their motion to dismiss. Safeguard's motion to dismiss is still pending before your Honor.

At a telephonic conference held before Magistrate Judge Davison on September 16, 2016, Judge Davison adjourned the fact discovery deadline originally set for September 23, 2016 to a date to be determined later pending the outcome of Safeguard's motion to dismiss. Judge Davison also suggested that we write to you to have the Status Conference set for September 30, 2016 adjourned to a later date pending the outcome of Safeguard's motion to dismiss and the completion of discovery that was stayed as a result of Safeguard filing their motion to dismiss.

No previous requests for adjournment or extension of the above deadlines have been made by any parties to this action.

Sincerely,

*[signature]*
Ryan Gentile, Esq.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/20/2016